```
                    UNITED STATES DISTRICT COURT
                     MIDDLE DISTRICT OF FLORIDA
                        FORT MYERS DIVISION
```

JADA DANGERFIELD,

                Plaintiff,

vs.                                    Case No.  2:11-cv-612-FtM-29DNF

THE UNITED STATES In re: Collier County's Clerk of Courts,

                Defendant.
_____

**OPINION AND ORDER**

This matter comes before the Court on the United States of America's Motion to Dismiss Plaintiff's Amended Complaint (Doc. #18) filed on January 3, 2012. Plaintiff filed her Objection (Doc. #26) to the Motion to Dismiss on March 6, 2012.

Plaintiff's lawsuit alleges that the Clerk of the Court for Collier County, Florida made a clerical error which caused her damage. Plaintiff has sued the United States, which is not liable for the conduct of a Clerk of the Court for the State of Florida. The Collier County Clerk of Court is not a federal agency, and there is no basis for federal jurisdiction in this case.

Accordingly, it is now

**ORDERED**:

1. The United States of America's Motion to Dismiss Plaintiff's Amended Complaint (Doc. #18) is **GRANTED**. The First Amended Complaint (Doc. #4) is **DISMISSED WITHOUT PREJUDICE.**

2.  The Clerk of the Court for the Middle District of Florida shall terminate any pending motions, enter judgment accordingly, and close the file.

**DONE AND ORDERED** at Fort Myers, Florida, this __18th__ day of April, 2012.

_____
JOHN E. STEELE
United States District Judge

Copies:
Counsel and parties of record